# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern DISTRICT OF PENNSYLVANIA

IN RE: Tok S. Kim

<u>Debtor</u>

CHAPTER 13

BKY. NO. 18-14901 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Nationstar Mortgage as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8 and index same on the master mailing list.

           Respectfully submitted,

           **/s/ Kevin G. McDonald, Esquire**
           Kevin G. McDonald, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322 FAX (215) 627-7734