IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Tok S Kim :
 :
 : BANKRUPTCY NO.: 18-14901-amc

**O R D E R**

AND NOW, this 21st day of August, 2018, upon consideration of Debtor's Motion, it is hereby,

ORDERED AND DECREED that debtor shall be allowed an extension of time until 8/24/2018 to file all required documents including Statement of Affairs, Schedules of Assets and Liabilities, Chapter 13 Plan and Means Test

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc: Tok S Kim
1710 Twinning Road
Willow Grove, PA 19090

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19106