```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
```

In re:                                                          Case No. 18-14901-amc
Tok S Kim                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina            Page 1 of 1              Date Rcvd: Aug 21, 2018
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
db             +Tok S Kim,    1710 Twining Road,    Willow Grove, PA 19090-3732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Tok S Kim akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-8 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Tok S Kim :
 :
 : BANKRUPTCY NO.: 18-14901-amc

**O R D E R**

AND NOW, this 21st day of August, 2018, upon consideration of Debtor's Motion, it is hereby,

ORDERED AND DECREED that debtor shall be allowed an extension of time until 8/24/2018 to file all required documents including Statement of Affairs, Schedules of Assets and Liabilities, Chapter 13 Plan and Means Test

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc: Tok S Kim
1710 Twinning Road
Willow Grove, PA 19090

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19106