UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :     Chapter 13
    Tok S. Kim                                 :
                                                    :     Bankruptcy No. 18-14901AMC
        Debtor.                              :

## O R D E R

**AND NOW**, this 4th day of September, 2018, the Debtor having filed the above bankruptcy case on July 25, 2018,

**AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 17-16565, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on September 26, 2017 and dismissed on October 2, 2017 for failure to receive pre-petition credit counseling,

Including case number 17-16803, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on October 5, 2017 and dismissed on November 15, 2017 for failure to file information,

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents as requested by the Chapter 7 Trustee:

    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income
    Calculation of Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities FormB106
    Attorney Disclosure Statement

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on September 25, 2018 at 11:00 a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to file documents.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge