UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :
                                                   :    Chapter 13
    Tok S. Kim                            :
                                                   :    Bankruptcy No. 18-14901AMC
        Debtor.                        :

# ORDER

**AND NOW**, this 25th day of September, 2018, the Debtor having filed the above bankruptcy case on July 25, 2018,

**AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 17-16565, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on September 26, 2017 and dismissed on October 2, 2017 for failure to receive pre-petition credit counseling,

Including case number 17-16803, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on October 5, 2017 and dismissed on November 15, 2017 for failure to file information,

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents as requested by the Chapter 7 Trustee:

        Chapter 13 Plan
        Chapter 13 Statement of Your Current Monthly Income
        Calculation of Commitment Period Form 122C-1
        Means Test Calculation Form 122C-2
        Schedules AB-J
        Statement of Financial Affairs
        Summary of Assets and Liabilities FormB106
        Attorney Disclosure Statement

**AND**, the debtor having failed to appear at the hearing on the Trustee's Motion to Dismiss scheduled for September 25, 2018,

The Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, he should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 18-14901, and shall serve such motion upon all of his creditors and the United States Trustee.

_____
Ashely M. Chan
United States Bankruptcy Judge