United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14901-amc
Tok S Kim                                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD         Page 1 of 1         Date Rcvd: Sep 26, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
db             +Tok S Kim,    1710 Twining Road,    Willow Grove, PA 19090-3732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:
     ERIK B. JENSEN    on behalf of Debtor Tok S Kim akeem@jensenbagnatolaw.com,
      gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
     KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
      IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE
      PASS-THROUGH CERTIFICATES, SERIES 2006-8 bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                   TOTAL: 4

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :
                                        :    Chapter 13
        Tok S. Kim                      :
                                        :    Bankruptcy No. 18-14901AMC
                Debtor.                 :

# O R D E R

AND NOW, this 25th day of September, 2018, the Debtor having filed the above bankruptcy case on July 25, 2018,

AND, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 17-16565, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on September 26, 2017 and dismissed on October 2, 2017 for failure to receive pre-petition credit counseling,

Including case number 17-16803, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on October 5, 2017 and dismissed on November 15, 2017 for failure to file information,

AND, the docket reflecting that the Debtor has failed to file the below listed documents as requested by the Chapter 7 Trustee:

> Chapter 13 Plan
> Chapter 13 Statement of Your Current Monthly Income
> Calculation of Commitment Period Form 122C-1
> Means Test Calculation Form 122C-2
> Schedules AB-J
> Statement of Financial Affairs
> Summary of Assets and Liabilities FormB106
> Attorney Disclosure Statement

**AND**, the debtor having failed to appear at the hearing on the Trustee's Motion to Dismiss scheduled for September 25, 2018,

The Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, he should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 18-14901, and shall serve such motion upon all of his creditors and the United States Trustee.

_____
Ashely M. Chan
United States Bankruptcy Judge